DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NOEL PAUL HAWKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-456

_____

February 2, 2024

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, KHOUZAM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.